## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| FRED NEKOUEE, individually, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 4:18-cv-01875-JCH |
| ) | |
| v. ) | Judge Hamilton |
| ) | |
| NATIONAL RETAIL PROPERTIES, LP, ) | JURY DEMAND |
| a Delaware limited partnership, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SETTLEMENT

Plaintiff FRED NEKOUEE and Defendant NATIONAL RETAIL PROPERTIES, LP, notify the Court that they have reached a settlement. The parties anticipate filing a Stipulation of Dismissal in the next 30 days.

Dated the 22nd day of March, 2019.

Respectfully submitted,

| | |
|---|---|
| LAW OFFICES OF<br>ROBERT J. VINCZE | LEWIS, THOMASON,<br>KING, KRIEG & WALDROP, P.C. |
| By:/s/ Robert J. Vince (by RNC<br>with permission by email 03/22/19)<br>Robert J. Vincze, Mo. Bar # 37687<br>Post Office Box 792<br>Andover, Kansas 67002<br>(303) 204-8207 (telephone)<br>vinczelaw@att.net | By:/s/ Ryan N. Clark<br>Ryan N. Clark, Mo. Bar # 63464<br>424 Church Street, Suite 2500<br>Post Office Box 198615<br>Nashville, Tennessee 37219<br>(615) 259-1366 (telephone)<br>(615) 259-1389 (facsimile)<br>rclark@lewisthomason.com |
| *Attorneys for Plaintiff*<br>*Fred Nekouee* | *Attorneys for Defendant*<br>*National Retail Properties, LP* |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the forgoing Notice of Settlement has been served on counsel for the parties in interest herein by operation of the Court's electronic case filing system:

Robert J. Vincze, Esq.
LAW OFFICES OF ROBERT J. VINCZE
Post Office Box 792
Andover, Kansas 67002
vinczelaw@att.net

*Attorneys for Plaintiff*

Dated the 22nd day of March, 2019.

                                              /s/ Ryan N. Clark
                                              Ryan N. Clark