**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| FRED NEKOUEE, individually, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 4:18-cv-01875-JCH |
| | ) | |
| v. | ) | Judge Hamilton |
| | ) | |
| NATIONAL RETAIL PROPERTIES, LP, | ) | JURY DEMAND |
| a Delaware limited partnership, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff FRED NEKOUEE and Defendant NATIONAL RETAIL PROPERTIES, LP, stipulate to the dismissal of this case with prejudice as the parties have reached a settlement agreement.  Each party shall bear its own costs and attorney fees.

Dated the 2nd day of April, 2019.

Respectfully submitted,

| | |
|---|---|
| LAW OFFICES OF<br>ROBERT J. VINCZE | LEWIS, THOMASON,<br>KING, KRIEG & WALDROP, P.C. |
| By:/s/ Robert J. Vince (by RNC<br>with permission by email 04/02/19)<br>Robert J. Vincze, Mo. Bar # 37687<br>Post Office Box 792<br>Andover, Kansas 67002<br>(303) 204-8207 (telephone)<br>vinczelaw@att.net | By:/s/ Ryan N. Clark<br>Ryan N. Clark, Mo. Bar # 63464<br>424 Church Street, Suite 2500<br>Post Office Box 198615<br>Nashville, Tennessee 37219<br>(615) 259-1366 (telephone)<br>(615) 259-1389 (facsimile)<br>rclark@lewisthomason.com |
| *Attorneys for Plaintiff*<br>*Fred Nekouee* | *Attorneys for Defendant*<br>*National Retail Properties, LP* |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the forgoing Stipulation of Dismissal has been served on counsel for the parties in interest herein by operation of the Court's electronic case filing system:

Robert J. Vincze, Esq.
LAW OFFICES OF ROBERT J. VINCZE
Post Office Box 792
Andover, Kansas 67002
vinczelaw@att.net

*Attorneys for Plaintiff*

Dated the 2nd day of April, 2019.

/s/ Ryan N. Clark
Ryan N. Clark